Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

Civil Rights

Louis A Banks and DB a minor

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S Depart Educa District of Columbia, Municipality Comitte on Public Works Operations, Comitte of Judiciary  Public Safety  Government Operations Faclities, Mayor,Deputy Mayors Attoney General Law E

)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 1:23-cv-01028    **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 4/13/2023
Description: Pro Se Gen. Civ. (F-Deck)

Jury Trial: *(check one)*  ✔ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Louis A Banks and DB |
| Address | |
| | City:     State: DC     Zip Code: 20004 |
| County | |
| Telephone Number | |
| E-Mail Address | loubanks755@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Hon Phil Mendesion  Attach Additional Pages for Defendant(s) |
| Job or Title (if known) | Chairman |
| Address | 1350 Pennsylvania Ave |
| | City: Washington     State: DC     Zip Code: 20004 |
| County | |
| Telephone Number | 202 724-8032 |
| E-Mail Address (if known) | |

[✓] Individual capacity     [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Brianne K Nadeau |
| Job or Title (if known) | Counclimember Chair |
| Address | 1350 Pennsylvania Ave Suite 20004 |
| | City: Washington     State: DC     Zip Code: |
| County | |
| Telephone Number | 202 724-8181 |
| E-Mail Address (if known) | bnadeau@dccouncil.us |

[✓] Individual capacity     [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Muriel Bowser
Job or Title (if known): Mayor
Address: 1350 Pennsylvania Ave
Washington, DC 20004
City / State / Zip Code
County:
Telephone Number: 202 727-2643
E-Mail Address (if known): eom@dc.gov

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
Name: Robert White
Job or Title (if known): Councilmember
Address: 1350 Pennsylvania Ave
Washington, DC 20004
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Retaliation was triggered by the complaint ,Code 448 Title IX of the Higher Education Act of 1972, 20 U.S.C. §1681 ensure due process and equal protection for all Americans, and combat invidious discrimination based on race, color, and sex in schools. Bill-24-0446 Attorney General Civil Rights Enformcement Clarification Amendment Act 2021 is willful used, to deprived of rights Code 448 Title IX they propose a services they had no intension in delivery the services there is an actual dispute.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Private Plaintiffs-**
NAACP 4805 Mt Hope Dr. Baltimore Maryland 21215
American Civil Liberties Union 125 Broad Street 18th Floor, New York NY 10004
Public Integrity Section PIN Chief Corey Amundson United Department of Justice
950 Pennsylvania Ave NW, Washington DC 20530-001

**New, Former or Current Defendant**
Mayor Muriel Bowser 1350 Pennsylvania Ave NW John A Wilson Building
Center Office and Office of the Secretary of the District of Columbia Kimberly A. Bassett
1350 Pennsylvania Ave NW John A Wilson Building Suite 419
Deputy Mayor of Education Paul Kihn is **State Government Office**
Office of the State Superintendent of Education Dr Christina Grant
Jefferson Middle School Principal Greg. Dohmann Deputy Michael Bryant, Ronald Hines DPR /Athletic Director, Donovan Hines, Jay Shorter, Ms Butler
Lewis D Ferebee Chancellor of DC Public Schools (DCPS) 1200 First St NE Washington DC
Keith Anderson Director DC Department of General Services Move to become Deputy Mayor Economic Development
Danta Harris CHAMPS
Misty Freeman OSSE

**Committee Member on Public Works and Operations**, 1350 Pennsylvania Ave NW John A Wilson Building Councilmember Brianne K Nadeau Chai, Councilmember Janeese Lewis George Councilmember Brooke Pinto, Councilmember Trayon White

**Committee Member on Public on the Judiciary and Public Safety Office Police Complaints Board and Office of Police Complaints** 1350 Pennsylvania Ave NW John A Wilson Building
Chairman Phil Mendelson Request **Bill B24-046** with Committee Referral
Councilmember Brooke Pinto Chairperson Councilmember Charles Allen
At Large Councilmember Anita Bonds ,Councilmember Vincent Gray
At Large Councilmember Christina Henderson

New Deputy Mayor Lindsey Appiah 1350 Pennsylvania Ave NW John A Wilson Building, email dmpsj@dc.gov
Former Deputy Mayor Public Safety and Justices Christopher Geldart

New Attorney General District of Columbia Brain Schwalb 400 6th Street NW Washington DC 20001 oag@dc.gov
Former Office of the Attorney General Karl **Racin Haiti-American**, Mary Larkin Wilson 1350 Pennsylvania NW Washington DC

Chief Robert J Contee III Metropolitan Police Department and Officer Marcellus Ouzts
District of Columbia Current United State Attorney Merrick B Garland & R. Craig Lawrence, Asst. U.S. Atty Former United States Attorney General William Bar Pelham
Former Director of FBI James Comey, Current FBI Agents
950 Pennsylvania Ave NW, Washington DC 20530-001

Civil Division Solicitor General of United State, Room 5616 Department of Justice
950 Pennsylvania Ave, NW, Washington DC 20530-0001
 20002 Department of Education Two River Public Charter School Counsel Andrew Butz Guye
 Turner, Maggie Bello, David Nikki, Inspired Teaching School et al Catholic Charities CHAMPS
Child and Family Services, District of Columbia State Board of Education
Former Mayor Adrian Fenty and Thomas Fitzgerald Gadson Phi Kappa Psi or Kappa Alpha Psi
Fraternity's
Jennifer A Di Toro, William W Nooter, Michael L Rankin, Neal E Kravitz,
Current Mr. Miguel Cardona United State Secretary, U.S Department of Education Office for
Former United State Secretary, US Department of Education Office Civil Rights 400 Maryland
Ave, SW Washington DC 202202
House Committee On Judiciary Constitution, Civil Rights, and Civil Liberties
Subcommittee 2138 Rayburn House Office Building Washington, D.C. 20515 United State
United State Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590
Current U.S Secretary of Homeland Security Alejandro Mayorkas, Former U.S Secretary of
Homeland Security Chad Wolf, Former U.S Secretary Jeh Charles Johnson

_____
Louis A Banks

U.S Department Of Education Attorney General Department of Justics propose a services they had no intension in delivery the services, also preparation tried offer solution to a problem they created this was illegal uneithcal scam. Municipal liability under causation on the part of the entity. Bill-24-0446 Attorney General Civil Rights Enformcement Clarification Amendment Act 2021 policy is willful used deprived of our rights due process rights ,Code 448 Title IX of the Higher Education Act of 1972

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Municipal liability under Section 1983, Committe on Public Works and Operation , Law Enforcment DCPS, , Deputy Mayor, Mayor for the City, U.S Department of Education, and government entities created danger to DB a kid and his father. Municipal entity is the reason behind Public Office, Law Enforcement an Actions by Private Entities-Section employee's constitutional misdeed, State" refers to federal, state or local governments and those entities (any other actors)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1. On February 14, 2022, 12:25pm DCPS Muncipal,Mayors Attonery General I Jefferson Academy, Mr. Louis A Banks filed a complaint with District of Columbia Public Schools, Office of Risk Managment District of Columbia Interscholastic Athletics AssociationDaniel out of educational STEM Program and athletic programs, & DCOHR 2. January 10, 2023, at DCPS Deal Middle School Muncipal Jeffersoon Retaliation was triggered by the complaint ,Code 448 Title IX of the Higher Education Act of 197

B. What date and approximate time did the events giving rise to your claim(s) occur?
On February 14, 2022, 12:25pm
January 10, 2023, 6:30pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Such behaviors as dicrimination belittling, humiliation, shouting, bullying, and retaliation should not be ignored. This forms emotional abuse Municipal entity administrative, Athetic Direcror,Commission law enforcement, Mayor, Deupty Mayors Couniclmemebers Mr. Von Myers, Jay Shorter, Principals Dohamann , Principals Butler Ronald Hines Michael Bryant, Superintendent for DCPS Harry Huge, need to resign immediately this behavior is unacceptable defrauding the people. In addition, Principals Dohmann, Principals Ms Butler, Jay Shorter are biased and prejudiced toward Daniel and father/dad they played role retaliation against Daniel and father, because Title IX complaint was filed. Municipal entity is the reason behind t Public Office, Law Enforcement an Actions by Private Entities-Section employee's constitutional misdeed. Administrative to condone this behavior and still coach kids Middle School . Also keeping Daniel out of educational STEM Program and athletic programs on the basis of discrimination this is unfair treatment and harassment. A true and accurate copies of the email publisher statement are attached hereto and incorporated herein. Click on
https://photos.app.goo.gl/fPR5MWWx7Pns2U867

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A genuine issue of fact exists, the undisputed evidence indicates that the Plaintiffs Louis A Banks and DB have proven their plausible facts matter of law that state a claim, denied Plaintiffs's access due to an earlier complaint, lawsuit belittling, humiliation, bullying, and retaliation harressment Cause of Action, entitling Plaintiff' s Louis A Banks and DB

No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance

Code 448 Title IX of the Higher Education Act of 1972
Retaliation
First Amendment
due process
Defamation Per Se/ False Light
Malpractice Personal Liability of Public Officials Under Federal Law
Subject Matter State Action Civil Right, Education
Validation of Subscribed Oath of Office Quo Warranto
ExPart Young

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Favor with sufficient factual allegations that is true and state a claim to relief that is plausible facts Monetary Damages $97million and $300 million for Punitive Damages .

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/13/2023

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Louis A Banks and DB a minor kid

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

CERTIFICATE OF SERVICE I hereby certify that a true and correct copy of the foregoing [Lawsuit with related cases ] was served by first-class mail, postage prepaid, on the day of April 13,, 2023 upon:

Plaintiff will need his case number   Need Case Number

**Private Plaintiffs-**
NAACP 4805 Mt Hope Dr. Baltimore Maryland 21215
American Civil Liberties Union 125 Broad Street 18th Floor, New York NY 10004
Public Integrity Section PIN Chief Corey Amundson United Department of Justice
950 Pennsylvania Ave NW, Washington DC 20530-001

**New, Former or Current Defendant**
Mayor Muriel Bowser 1350 Pennsylvania Ave NW John A Wilson Building
Center Office and Office of the Secretary of the District of Columbia Kimberly A. Bassett
1350 Pennsylvania Ave NW John A Wilson Building Suite 419
Deputy Mayor of Education Paul Kihn is **State Government Office**
Office of the State Superintendent of Education Dr Christina Grant
Jefferson Middle School Principal Greg. Dohmann Deputy Michael Bryant, Ronald Hines DPR /Athletic Director, Donovan Hines, Jay Shorter, Ms Butler
Lewis D Ferebee Chancellor of DC Public Schools (DCPS) 1200 First St NE Washington DC
Keith Anderson Director DC Department of General Services Move to become Deputy Mayor Economic Development
Danta Harris CHAMPS
Misty Freeman OSSE

**Committee Member on Public Works and Operations**, 1350 Pennsylvania Ave NW John A Wilson Building Councilmember Brianne K Nadeau Chai, Councilmember Janeese Lewis George Councilmember Brooke Pinto, Councilmember Trayon White

**Committee Member on Public on the Judiciary and Public Safety Office Police Complaints Board and Office of Police Complaints** 1350 Pennsylvania Ave NW John A Wilson Building
Chairman Phil Mendelson Request **Bill B24-046** with Committee Referral
Councilmember Brooke Pinto Chairperson Councilmember Charles Allen
At Large Councilmember Anita Bonds ,Councilmember Vincent Gray
At Large Councilmember Christina Henderson

New Deputy Mayor Lindsey Appiah 1350 Pennsylvania Ave NW John A Wilson Building, email dmpsj@dc.gov
Former Deputy Mayor Public Safety and Justices Christopher Geldart

New Attorney General District of Columbia Brain Schwalb 400 6th Street NW Washington DC 20001 oag@dc.gov
Former Office of the Attorney General Karl **Racin Haiti-American**, Mary Larkin Wilson 1350 Pennsylvania NW Washington DC

Chief Robert J Contee III Metropolitan Police Department and Officer Marcellus Ouzts
District of Columbia Current United State Attorney Merrick B Garland & R. Craig Lawrence,
Asst. U.S. Atty Former United State Attorney General William Bar Pelham
Former Director of FBI James Comey, Current FBI Agents
950 Pennsylvania Ave NW, Washington DC 20530-001
Civil Division Solicitor General of United State, Room 5616 Department of Justice
950 Pennsylvania Ave, NW, Washington DC 20530-0001
 20002 Department of Education Two River Public Charter School Counsel Andrew Butz Guye
 Turner, Maggie Bello, David Nikki, Inspired Teaching School et al Catholic Charities CHAMPS
Child and Family Services, District of Columbia State Board of Education
Former Mayor Adrian Fenty and Thomas Fitzgerald Gadson Phi Kappa Psi or Kappa Alpha Psi
Fraternity's
Jennifer A Di Toro, William W Nooter , Michael L Rankin, Neal E Kravitz,
Current Mr. Miguel Cardona United State Secretary, U.S Department of Education Office for
Former United State Secretary, US Department of Education Office Civil Rights 400 Maryland
Ave, SW Washington DC 202202
House Committee On Judiciary Constitution, Civil Rights, and Civil Liberties
Subcommittee 2138 Rayburn House Office Building Washington, D.C. 20515 United State
United State Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590
Current U.S Secretary of Homeland Security Alejandro Mayorkas, Former U.S Secretary of
Homeland Security Chad Wolf, Former U.S Secretary Jeh Charles Johnson

_/s/ Louis A Banks_
Louis A Banks